476 A.2d 65

Dowling v. Paules, et ux., Appellants.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment affirmed on the comprehensive opinion of President Judge Oscar F. Spicer.

476 A.2d 65

In re Estate of Massey.

Argued March 1, 1984. James M. Herb, for appellant; William S. Webber, for participating party.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.